UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: SEARCH WARRANT          )   CAUSE NO. 1:20-mj-0994
                               )
                               )

**APPEARANCE**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Kelsey L. Massa, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   /S/ *Kelsey L. Massa*

Kelsey L. Massa
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 229-2512
Fax: (317) 226-6125
E-Mail: Kelsey.Massa@usdoj.gov